WILBORN LAW OFFICE, P.C.
TIM WILBORN, Attorney at Law — OSB # 944644
twilborn@mindspring.com
P.O. Box 2768
Oregon City, OR 97045
Voice: (503) 632-1120
Fax: (503) 632-1198
  Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**MILTON LYNCH**,                                                      CV # 09-871-JE

    Plaintiff,

vs.                                                                    ORDER

**COMMISSIONER of Social Security**,

    Defendant.

Attorney fees in the amount of $5,959.80 are hereby awarded pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d). Subject to any offset allowed under the Treasury Offset Program, payment of this award shall be made via check sent to Tim Wilborn's address: P.O. Box 2768, Oregon City, OR 97045.

DATED this  25th  day of  March  , 2011.

/s/ John Jelderks
United States District / Magistrate Judge
              xxxxx

Submitted on March 23, 2011 by:

s/ Tim Wilborn, OSB # 944644
(503) 632-1120
  Attorney for Plaintiff

ORDER - Page 1